**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE**

<u>Kevin Hall</u>

   v.                                                        Civil No. 08-cv-493-JL

<u>William Albrecht</u>

### <u>O R D E R</u>

Kevin Hall is hereby granted <u>in</u> <u>forma</u> <u>pauperis</u> status.

**SO ORDERED.**

/s/ James R. Muirhead
James R. Muirhead
United States Magistrate Judge

Date: April 21, 2009

cc:   Kevin Hall, *pro se*