UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Kevin Hall

               v.                                   Civil No. 08-cv-493-JL

William Albrecht

## O R D E R

I herewith approve the Report and Recommendation of Magistrate Judge
Muirhead dated April 24, 2009, no objection having been filed, despite repeated
extensions.

SO ORDERED.

July 10, 2009

_____
Joseph N. Laplante
United States District Judge

cc:    Kevin Hall, Pro se